JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MEDINA,<br><br>   Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. CV 13-7804-CJC (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: March 18, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE